■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL HERRERA, Appellant. [722 NYS2d 136] —Judgment, Supreme Court, New York County (Joan Sudolnik, J.), rendered August 5, 1997, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to 6 years to life, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility. Concur—Rosenberger, J. P., Williams, Mazzarelli, Andrias and Rubin, JJ.